# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
Attorney-in-Charge

March 26, 2008

The Honorable Sterling Johnson
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Sonia Henao
Criminal Docket No. 06-CR-837 (SJ)

Your Honor:

Sonia Henao is currently on bail pending sentence following her plea of guilty in this case, in which she is charged with money laundering in violation of 18 U.S.C. § 1956(h).

Ms. Henao advises me her mother died yesterday and she requests permission to travel to Colombia for the funeral, scheduled for tomorrow. If permitted to travel, she will return within a week. Although her sentence is now set for April 4, 2008, I understand the Probation Department has sought to adjourn that date as the PSR is not yet complete.

Ms. Henao has been on pretrial release without incident since posting bond a few days after her October 2006 arrest. I am advised by Erin Rodriguez of Pretrial Services that she has positive reports from the District of New Jersey, where Ms. Henao is supervised, and that Pretrial Services does not object to this request. I have left a message asking AUSA Valerie Tocci her position but have yet to hear back from her. Ms. Henao is employed and has no criminal record.

Finally, I have personally advised Ms. Henao that Colombia does extradite to the United States. I have also spoken with Ms. Henao's suretor, Flavio Sucuzhanay, who advises me he consents to a modification of her bail conditions to permit this travel. He has signed a statement so indicating, which I have attached. Mr. Sucuzhanay has posted his home to secure the bond.

Sincerely,

Michael Weil
Staff Attorney
(718) 407-7413

So Ordered
On this 26th day of March, 2008.

Hon. Sterling Johnson, Jr., U.S.D.J.

cc: AUSA Valerie Tocci
    Pretrial Services